

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00313-CV

_____

IN RE BRIAN JACOB COLE, Relator

---

Original Proceeding
271st District Court of Wise County, Texas
Trial Court Nos. CR-24286, CR-24297, CR-24301, CR-83678, and CR-83679

---

Before Kerr, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: May 15, 2026